# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Guimaraes
District Court Case No.  1:25cr10129          District of Massachusetts
Date Notice of Appeal filed  8/7/2025         Court of Appeals Case No.  25-1775
Form filed on behalf of  United States, Appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  D. 87: 7/2/25 Hearing re Dismissal

## TRANSCRIPT ORDER

Name of Court Reporter  Digitally Recorded
Phone Number of Reporter

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | 3/13/25 Det. & Preliminary Hrg; 4/2/25 Further Det. Hrg; 6/3/25 Arraignment |
| ☐ Testimony (specify) | |
| ☒ Other (specify) 3/10/25 | Initial Appearance |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Donald C. Lockhart          Filer's Signature  /s/ Donald C. Lockhart
Firm/Address  1 Courthouse Way, Ste 9200, Boston, MA 02210   Filer's Email address  Donald.Lockhart2@usdoj.gov
Telephone number  (617) 748-3193           Date mailed to court reporter  9/16/25

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                        SEE INSTRUCTIONS ON REVERSE