# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 25-1775**

**UNITED STATES OF AMERICA,**
**Appellant**

**v.**

**WANDIS CLEIA GUIMARAES,**
**Defendant-Appellee**

—————————————

## ASSENTED-TO MOTION TO WITHDRAW APPEAL

Pursuant to Fed. R. App. P. 42(b), the United States of America hereby moves this Court with the assent of defense counsel to enter an order dismissing the above-captioned appeal, with each party bearing its own costs and fees.

In support of this motion, the government states that it will not pursue the appeal, and that this decision has come before either side was required to brief the case.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ *Donald C. Lockhart*
DONALD C. LOCKHART
Assistant U.S. Attorney

## Certificate of Service

I, Donald C. Lockhart, AUSA, hereby certify that on December 10, 2025, I electronically served a copy of the foregoing document on the following parties who are registered participants of the CM/ECF system:

Paul J. Garrity, Esq.
Garrity Law Office
14 Londonderry Road
Londonderry, NH 03053

/s/ *Donald C. Lockhart*
DONALD C. LOCKHART
Assistant U.S. Attorney